DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT BURGESS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3310

[January 22, 2026]

Appeal of an order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 08-23926CF10A.

Rook E. Ringer of the Post-Conviction Alliance, Brandon, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH and SHAW, JJ., concur.

\*         \*         \*

***Not final until disposition of timely-filed motion for rehearing.***